UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BASHEI LOWENBEIN,

                Plaintiff,                      ORDER
                                                            ADOPTING REPORT AND
                                                            RECOMMENDATION
                                                            18-CV-5348

   - against -

C. TECH COLLECTIONS, INC.,

                Defendants.
-----------------------------------------------------------x
GLASSER, Senior United States District Judge:

       On September 22, 2018, Plaintiff commenced this action, (ECF No. 1), and was required to serve Defendant with the summons and complaint by December 21, 2018, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff failed to do so. Magistrate Judge Bloom warned Plaintiff that if he failed to file proof of service by February 28, 2019, the Court would recommend that the action be dismissed without prejudice. Plaintiff failed to file proof of service or show good cause why service was not timely filed and Judge Bloom recommended that this action be dismissed. (ECF No. 8).

       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, the parties had 14 days to file written objections to Judge Bloom's Report and Recommendation. Having failed to do so, the Court adopts Judge Bloom's Report and Recommendation and this action is dismissed without prejudice.

       SO ORDERED.

Dated:      Brooklyn, New York
             July 12, 2019

                                                     /s_____
                                                     I. Leo Glasser                    U.S.D.J.